**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

IN RE: )
) Bankruptcy No. 10-28961
NESBITT-MILLER, JOSEPHINE B., ) Chapter 7
) Judge Manuel Barbosa
Debtor. )

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At: 100 S. 3rd St., Room 250, Geneva, IL  60134

   On:   March 10, 2011     Time: 10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $     16,064.18 |
   | Disbursements | $          -0- |
   | Net Cash Available for Distribution | $     16,064.18 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $ 0.00 | $2,356.42 | $80.25 |
| Roy Safanda, Attn'y | $ 0.00 | $ 490.00 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $____0____, must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  0   %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | $ | $ |

7. Claims of general unsecured creditors totaling $ 29,796.71   have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 44%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Am. Infosource LP Vic. Sec. | 304.26 | 134.15 |
| 2 | Am. Infosource LP Citibank | 810.29 | 357.26 |
| 3 | Am. Infosource LP Citibank | 8,636.63 | 3,807.93 |
| 4 | Von Maur | 513.86 | 226.56 |
| 5 | Chase Bank | 7,828.17 | 3,451.48 |
| 6 | PYOD/Citibank | 1,478.35 | 651.81 |
| 7 | GE Money Bank | 922.61 | 406.78 |
| 8 | GE Money Bank | 619.83 | 273.29 |
| 9 | GE Money Bank | 986.38 | 434.90 |
| 10 | 5th 3rd Bank | 7,088.97 | 3,125.56 |
| 11 | American Express Centurion | 607.36 | 267.79 |
| | | **$29,796.71** | **$13,137.51** |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, .ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: _____     For the Court,

By: _____
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

Roy Safanda
Safanda Law Firm

Page 3

111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 1                  Date Rcvd: Feb 09, 2011
Case: 10-28961                Form ID: pdf006              Total Noticed: 32

The following entities were noticed by first class mail on Feb 11, 2011.
db            +Josephine B. Nesbitt-Miller,    2640 Venetian Lane,    Elgin, IL 60124-4326
aty           +Joseph P Doyle,    Law Office of Joseph P Doyle,    105 S Roselle Road,    Suite 203,
                Schaumburg, IL 60193-1631
tr            +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
15777736      +American Express,    Box 0001,    Los Angeles, CA 90096-8000
16377108       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15777737      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
15777738      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
15777739      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16056903       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15777740      +Citgo/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
15777741      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
16182579      +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
15777745      +Macy's/Visa,    PO Box 183084,    Columbus, OH 43218-3084
15777746      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
15777747      +New World Media,    6245 Howard Street,    Niles, IL 60714-3438
15777748      +Northland Group Inc,    PO Box 390905,    Edina, MN 55439-0905
16098847      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
15777749      +Pete's 'a' Towing,    15N350 Rt. 25,    Dundee, IL 60118-1607
15777750      +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
15777751      +Shell/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
15777752      +TCF Bank,    Attn: Bankruptcy Dept.,    801Marquette Ave. South,    Minneapolis, MN 55402-3475
15777753      +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
15777754      +Tuffy Auto Service Center,    395 S. Randall Rd.,    Elgin, IL 60123-5526
15777756     ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,     6565 Brady St,    Davenport, IA 52806-2054)
15777755      +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
15777757      +Wfnnb/Victorias Secret,    Po Box 182128,    Columbus, OH 43218-2128

The following entities were noticed by electronic transmission on Feb 09, 2011.
16020056       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 10 2011 00:22:03
                American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                Oklahoma City, OK  73124-8840
16017224       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 10 2011 00:22:03
                American Infosource Lp As Agent for,    World Financial Network National Bank As,
                Victoria's Secret,    PO Box 248872,    Oklahoma City, OK  73124-8872
16135177       E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2011 00:28:39      GE Money Bank,
                c/o Recovery Management Systems Corporat,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15777742      +E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2011 00:28:40      Gemb/Car Care One,    Po Box 981439,
                El Paso, TX 79998-1439
15777743      +E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2011 00:28:40      Gemb/Care Credit,    950 Forrer Blvd,
                Kettering, OH 45420-1469
15777744      +E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2011 00:28:40      Gemb/Ge Money Bank Low,
                Po Box 103065,    Roswell, GA 30076
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 11, 2011**                                  **Signature:** *Joseph Speetjens*