## UNITED STATES BANKRUPTCY COURT

NORTHERN         **DISTRICT OF** ILLINOIS

Eastern Division

In re:   NESBITT-MILLER, JOSEPHINE B.     §     Case No. 10-28961
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND
## APPLICATION TO BE DISCHARGED (TDR)

ROY SAFANDA                          , chapter 7 trustee, submits this Final Account, Certification
that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable,
any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which
have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee
hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged
without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $14,175.00 | Assets Exempt: $20,350.00 |
| Total Distributions to Claimants: $13,137.51 | Claims Discharged Without Payment: $36,092.36 |
| Total Expenses of Administration: $2,926.67 | |

3)  Total gross receipts of        $16,064.18 (see **Exhibit 1**), minus funds paid to the debtor and third
parties of        $0.00 (see **Exhibit 2** ), yielded net receipts of        $16,064.18 from the liquidation
of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $153,216.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,926.67 | $2,926.67 | $2,926.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $34,920.14 | $29,796.71 | $29,796.71 | $13,137.51 |
| **TOTAL DISBURSEMENTS** | $188,136.14 | $32,723.38 | $32,723.38 | $16,064.18 |

4) This case was originally filed under chapter  7  on 06/29/2011 .

The case was pending for     11   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/18/2011                                    By: /S/ ROY SAFANDA
                                                              Trustee

**STATEMENT** :  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residence | 1110-000 | $16,053.00 |
| Post-Petition Interest Deposits | 1270-000 | $11.18 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $16,064.18 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | N/A | N/A | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bac Home Loans Servici 450 Americna St. Simi Vally, CA  93065 | | $137,687.00 | $0.00 | $0.00 | $0.00 |
| Toyota Motor Credit 1111 W. 22nd St. Ste 420 Oak Brook, IL  60523 | | $15,529.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL SECURED CLAIMS** | | $153,216.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roy Safanda | 2100-000 | N/A | $2,356.42 | $2,356.42 | $2,356.42 |
| Roy Safanda | 2200-000 | N/A | $80.25 | $80.25 | $80.25 |
| Roy Safanda | 3110-000 | N/A | $490.00 | $490.00 | $490.00 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,926.67 | $2,926.67 | $2,926.67 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | N/A | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amex Po Box 297871 Fort Lauderdale, FL 33329 | | $607.00 | $0.00 | $0.00 | $0.00 |
| Citgo/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | $1,345.00 | $0.00 | $0.00 | $0.00 |
| Gemb/Car Care One | | $865.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | |
|---|---|---|---|---|
| Po Box 981439 El Paso, TX  79998 | | | | |
| Gemb/Care Credit 950 Forrer Blvd Kettering, OH  45420 | $533.00 | $0.00 | $0.00 | $0.00 |
| Gemb/Ge Money Bank Low Po Box 103065 Roswell, GA 30076 | $863.00 | $0.00 | $0.00 | $0.00 |
| Macy's/Visa PO Box 183084 Columbus, OH  43218 | $2,253.58 | $0.00 | $0.00 | $0.00 |
| Mcydsnb 9111 Duke Blvd Mason, OH 45040 | $198.00 | $0.00 | $0.00 | $0.00 |
| New World Media 6245 Howard Street Niles, IL  60714 | $82.00 | $0.00 | $0.00 | $0.00 |
| Northland Group Inc PO Box 390905 Edina, MN  55439 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pete's 'a' Towing 15N350 Rt. 25 Dundee, IL  60118 | $74.00 | $0.00 | $0.00 | $0.00 |
| Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | $8,153.00 | $0.00 | $0.00 | $0.00 |
| Shell/Citi Po Box 6497 Siox Falls, SD 57117 | $701.00 | $0.00 | $0.00 | $0.00 |
| TCF Bank Attn: Bankruptcy Dept. 801 Marquette Ave. South Minneapolis, MN  55402 | $492.20 | $0.00 | $0.00 | $0.00 |
| Tuffy Auto Service Center 395 S. Randall Rd., Elgin, IL  60123 | $617.38 | $0.00 | $0.00 | $0.00 |
| Visdsnb 9111 Duke Blvd Mason, OH 45040 | $2,401.00 | $0.00 | $0.00 | $0.00 |
| Wfnnb/Victorias Secret Po Box 182128 Columbus, OH  43218 | $248.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Claim No. 10 5th 3rd Bank | 7100-000 | $6,778.00 | $7,088.97 | $7,088.97 | $0.00 |
| Claim No. 2 AM. INFOSOURCE LP CITIBANK | 7100-000 | $0.00 | $810.29 | $810.29 | $0.00 |
| Claim No. 3 | 7100-000 | $0.00 | $8,636.63 | $8,636.63 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| AM. INFOSOURCE LP. CITIBANK<br>AM. INFOSOURCE LP VIC. SEC. | 7100-000 | $0.00 | $304.26 | $304.26 | $0.00 |
| Claim No. 11<br>AMERICAN EXPRESS CENTURION | 7100-000 | $560.98 | $607.36 | $607.36 | $0.00 |
| Claim No. 7<br>GE MONEY BANK | 7100-000 | $0.00 | $922.61 | $922.61 | $0.00 |
| Claim No. 8<br>GE MONEY BANK | 7100-000 | $0.00 | $619.83 | $619.83 | $0.00 |
| Claim No. 9<br>GE MONEY BANK | 7100-000 | $0.00 | $986.38 | $986.38 | $0.00 |
| Claim No. 6<br>PYOD/CITIBANK | 7100-000 | $0.00 | $1,478.35 | $1,478.35 | $0.00 |
| Claim No. 4<br>VON MAUR | 7100-000 | $778.00 | $513.86 | $513.86 | $0.00 |
| 5TH 3RD BANK | 7100-900 | $0.00 | $0.00 | $3,125.56 | $3,125.56 |
| AM. INFOSOURCE/ CITIBANK | 7100-900 | $0.00 | $0.00 | $357.26 | $357.26 |
| AM. INFOSOURCE/ CITIBANK | 7100-900 | $0.00 | $0.00 | $3,807.93 | $3,807.93 |
| AM. INFOSOURCE/ VICT. SEC. | 7100-900 | $0.00 | $0.00 | $134.15 | $134.15 |
| AMERICAN EXP. CENTURION | 7100-900 | $0.00 | $0.00 | $267.79 | $267.79 |
| CHASE BANK | 7100-900 | $0.00 | $0.00 | $3,451.48 | $3,451.48 |
| GE MONEY BANK | 7100-900 | $0.00 | $0.00 | $406.78 | $406.78 |
| GE MONEY BANK | 7100-900 | $0.00 | $0.00 | $273.29 | $273.29 |
| GE MONEY BANK | 7100-900 | $0.00 | $0.00 | $434.90 | $434.90 |
| PYOD/CITIBANK | 7100-900 | $0.00 | $0.00 | $651.81 | $651.81 |
| VON MAUR | 7100-900 | $0.00 | $0.00 | $226.56 | $226.56 |
| Claim No. 5<br>Chase Bank | 7100-000 | $7,370.00 | $7,828.17 | $7,828.17 | $0.00 |
| | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $34,920.14 | $29,796.71 | $29,796.71 | $13,137.51 |

Case No:     10-28961    MB    Judge: Manuel Barbosa        Trustee Name:      Roy Safanda

Case Name:    NESBITT-MILLER, JOSEPHINE B.        Date Filed (f) or Converted (c):   06/29/10 (f)

                                341(a) Meeting Date:    08/04/10

For Period Ending:   06/01/11                 Claims Bar Date:    11/05/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 187,500.00 | 16,053.00 | | 16,053.00 | FA |
| 2. Timeshare | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Household | 600.00 | 0.00 | DA | 0.00 | FA |
| 6. Books et al | 125.00 | 0.00 | DA | 0.00 | FA |
| 7. Apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 8. Jewelry | 125.00 | 0.00 | DA | 0.00 | FA |
| 9. 2008 Auto | 7,200.00 | 0.00 | DA | 0.00 | FA |
| 10. 2000 Auto | 1,575.00 | 0.00 | DA | 0.00 | FA |
| 11. Dog | 50.00 | 0.00 | DA | 0.00 | FA |
| 12. Piano | 1,000.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 11.18 | FA |

                                                Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $201,675.00      $16,053.00          $16,064.18      $0.00

                                               (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/05/11      Current Projected Date of Final Report (TFR): 01/05/11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-28961  -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | NESBITT-MILLER, JOSEPHINE B. | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******0368  Checking Account |
| Taxpayer ID No: | *******3226 | | | |
| For Period Ending: | 05/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/10 | 1 | Debtor | Sale of RE | 1110-000 | 1,053.00 | | 1,053.00 |
| 01/03/11 | | Old 2nd NB | Redeem MM | 9999-000 | 15,011.18 | | 16,064.18 |
| 03/11/11 | 001001 | Am. Infosource/Vict. Sec. | Final Dividend | 7100-900 | | 134.15 | 15,930.03 |
| 03/11/11 | 001002 | Am. Infosource/Citibank | Final Dividend | 7100-900 | | 357.26 | 15,572.77 |
| 03/11/11 | 001003 | Am. Infosource/Citibank | Final Dividend | 7100-900 | | 3,807.93 | 11,764.84 |
| 03/11/11 | 001004 | Von Maur | Final Dividend | 7100-900 | | 226.56 | 11,538.28 |
| 03/11/11 | 001005 | Chase Bank | Final Dividend | 7100-900 | | 3,451.48 | 8,086.80 |
| 03/11/11 | 001006 | PYOD/Citibank | Final Dividend | 7100-900 | | 651.81 | 7,434.99 |
| 03/11/11 | 001007 | GE Money Bank | Final Dividend | 7100-900 | | 406.78 | 7,028.21 |
| 03/11/11 | 001008 | GE Money Bank | Final Dividend | 7100-900 | | 273.29 | 6,754.92 |
| 03/11/11 | 001009 | GE Money Bank | Final Dividend | 7100-900 | | 434.90 | 6,320.02 |
| 03/11/11 | 001010 | 5th 3rd Bank | Final Dividend | 7100-900 | | 3,125.56 | 3,194.46 |
| 03/11/11 | 001011 | American Exp. Centurion | Final Dividend | 7100-900 | | 267.79 | 2,926.67 |
| 03/11/11 | 001012 | Roy Safanda | Attn'y for Trustee - Fees | 3110-000 | | 490.00 | 2,436.67 |
| 03/11/11 | 001012 | Roy Safanda | Trustee Fees | | | 2,436.67 | 0.00 |
| | | | Trustee Costs | | | | |
| | | | Fees          2,356.42 | 2100-000 | | | |
| | | | Expenses          80.25 | 2200-000 | | | |

Page Subtotals          16,064.18          16,064.18

Ver: 16.02b

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-28961  -MB | | Trustee Name: | | Roy Safanda | |
| Case Name: | NESBITT-MILLER, JOSEPHINE B. | | Bank Name: | | Old Second National Bank | |
| | | | Account Number / CD #: | | *******0368  Checking Account | |
| Taxpayer ID No: | *******3226 | | | | | |
| For Period Ending: | 05/10/11 | | Blanket Bond (per case limit): | | $  5,000,000.00 | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 16,064.18 | 16,064.18 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 15,011.18 | 0.00 | |
| | | | Subtotal | | 1,053.00 | 16,064.18 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,053.00 | 16,064.18 | |

Page Subtotals            0.00            0.00

Ver: 16.02b

FORM 2                                                                                          Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-28961  -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | NESBITT-MILLER, JOSEPHINE B. | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******0376  Money Market Account |
| Taxpayer ID No: | *******3226 | | | |
| For Period Ending: | 05/10/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/10 | 1 | Debtor | Sale of RE | 1110-000 | 15,000.00 | | 15,000.00 |
| 08/31/10 | INT | Old Second National Bank | INTEREST | 1270-000 | 1.15 | | 15,001.15 |
| 09/30/10 | INT | Old Second National Bank | INTEREST | 1270-000 | 2.46 | | 15,003.61 |
| 10/31/10 | INT | Old Second National Bank | INTEREST | 1270-000 | 2.55 | | 15,006.16 |
| 11/30/10 | INT | Old Second National Bank | INTEREST | 1270-000 | 2.47 | | 15,008.63 |
| 12/31/10 | INT | Old Second National Bank | INTEREST | 1270-000 | 2.55 | | 15,011.18 |
| 01/03/11 | 000101 | Old 2nd NB | Transfer to Money Market | 9999-000 | | 15,011.18 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 15,011.18 | 15,011.18 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 15,011.18 | |
| Subtotal | 15,011.18 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,011.18 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0368 | 1,053.00 | 16,064.18 | 0.00 |
| Money Market Account - ********0376 | 15,011.18 | 0.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 16,064.18 | 16,064.18 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |